AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FRUMAR AGRI FOODS (P) LTD., TEJAS FOOD INDUSTRIES LLP, and NSP INTERNATIONAL <br><br> *Plaintiff(s)* <br> v. <br> RRK FOODS INC., ALIGN TRADERS, INC., MYRESS FRIENDLY FOODS PRIVATE LIMITED RAVI MUVVA, KISHORE MUVVA, and PRATHEEK MUVVA, individuals. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 0:25-cv-61105 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Align Traders, Inc.
1709 Junction Court
#390
San Jose, California 95112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew S. Nelles, Esq.
Email: matt.nelles@johnsonmartinlaw.com
JOHNSON & MARTIN, PA
500 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Telephone: (945) 790-6700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

Deputy Clerk
U.S. District Courts

Date: _____06/05/2025_____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FRUMAR AGRI FOODS (P) LTD., TEJAS FOOD INDUSTRIES LLP, and NSP INTERNATIONAL<br><br>*Plaintiff(s)*<br>v.<br>RRK FOODS INC., ALIGN TRADERS, INC., MYRESS FRIENDLY FOODS PRIVATE LIMITED RAVI MUVVA, KISHORE MUVVA, and PRATHEEK MUVVA, individuals.<br><br>*Defendant(s)* | Civil Action No. 0:25-cv-61105 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kishore Muvva
1193 Valley Quail Circle
San Jose, California 95120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew S. Nelles, Esq.
Email: matt.nelles@johnsonmartinlaw.com
JOHNSON & MARTIN, PA
500 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Telephone: (945) 790-6700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 06/05/2025

Angela E. Noble
Clerk of Court

*P. Curtis* (signature)
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FRUMAR AGRI FOODS (P) LTD., TEJAS FOOD INDUSTRIES LLP, and NSP INTERNATIONAL <br><br> *Plaintiff(s)* <br> v. <br> RRK FOODS INC., ALIGN TRADERS, INC., MYRESS FRIENDLY FOODS PRIVATE LIMITED RAVI MUVVA, KISHORE MUVVA, and PRATHEEK MUVVA, individuals. <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-61105 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Myress Friendly Foods Private Limited
No. 11-12-374/1,
Road No. 6, Kothapet,
Opposite Post office,
SRK Puram, Hyderabad,
Rangareddy, Telangana, 500102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew S. Nelles, Esq.
Email: matt.nelles@johnsonmartinlaw.com
JOHNSON & MARTIN, PA
500 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Telephone: (945) 790-6700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: _____06/05/2025_____

SUMMONS

*P. Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FRUMAR AGRI FOODS (P) LTD., TEJAS FOOD INDUSTRIES LLP, and NSP INTERNATIONAL<br><br>*Plaintiff(s)*<br>v.<br>RRK FOODS INC., ALIGN TRADERS, INC., MYRESS FRIENDLY FOODS PRIVATE LIMITED RAVI MUVVA, KISHORE MUVVA, and PRATHEEK MUVVA, individuals.<br>*Defendant(s)* | Civil Action No. 0:25-cv-61105 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pratheek Muvva,
321 Lyndsie Drive
Coppell, Texas 75019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew S. Nelles, Esq.
Email: matt.nelles@johnsonmartinlaw.com
JOHNSON & MARTIN, PA
500 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Telephone: (945) 790-6700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: _____06/05/2025_____

SUMMONS

Angela E. Noble
Clerk of Court

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FRUMAR AGRI FOODS (P) LTD., TEJAS FOOD INDUSTRIES LLP, and NSP INTERNATIONAL

*Plaintiff(s)*

v.

RRK FOODS INC., ALIGN TRADERS, INC., MYRESS FRIENDLY FOODS PRIVATE LIMITED RAVI MUVVA, KISHORE MUVVA, and PRATHEEK MUVVA, individuals.

*Defendant(s)*

Civil Action No. 0:25-cv-61105

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ravi Muvva
21 Lyndsie Dr.
Coppell, Texas 75019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew S. Nelles, Esq.
Email: matt.nelles@johnsonmartinlaw.com
JOHNSON & MARTIN, PA
500 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Telephone: (945) 790-6700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/05/2025



**SUMMONS**

Angela E. Noble
Clerk of Court

*P. Curtis* (signature)
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FRUMAR AGRI FOODS (P) LTD., TEJAS FOOD INDUSTRIES LLP, and NSP INTERNATIONAL <br><br> *Plaintiff(s)* <br> v. <br> RRK FOODS INC., ALIGN TRADERS, INC., MYRESS FRIENDLY FOODS PRIVATE LIMITED RAVI MUVVA, KISHORE MUVVA, and PRATHEEK MUVVA, individuals. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:25-cv-61105 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RRK Foods Inc.
4812 Top Line Drive,
Dallas, Texas 75247

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew S. Nelles, Esq.
Email: matt.nelles@johnsonmartinlaw.com
JOHNSON & MARTIN, PA
500 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Telephone: (945) 790-6700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____06/05/2025_____



Angela E. Noble
Clerk of Court

SUMMONS

*P. Curtis*

Deputy Clerk
U.S. District Courts